IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NCSOFT CORPORATION and <br> NC INTERACTIVE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BLUEHOLE STUDIO, INC. <br> and EN MASSE ENTERTAINMENT, INC., <br><br> Defendants. | C.A. No. 1:12-cv-00172-LAK |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs NCsoft Corporation and NC Interactive, Inc. and Defendants Bluehole Studio, Inc. and En Masse Entertainment, Inc. hereby stipulate that they have settled the dispute relating to this action, and that all claims and causes of action asserted between Plaintiffs and Defendants in the above-referenced action be, and hereby are, dismissed with prejudice to re-filing same. Each party shall bear its own costs and attorneys' fees.

DATE: August 17, 2012

| Respectfully Submitted | COHEN & GRESSER LLP |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Gene W. Lee | Alexandra Wald |
| Jeanne C. Curtis | awald@cohengresser.com |
| David S. Chun | Nathaniel P. T. Read |
| 1211 Avenue of the Americas | nread@cohengresser.com |
| New York, NY 10036 | 800 Third Avenue |
| Telephone: (212) 596-9000 | New York, New York 10022 |
| Facsimile: (212) 596-9090 | Phone: (212) 957-7600 |
| Gene.Lee@ropesgray.com | Fax: (212) 957-4514 |
| Jeanne.Curtis@ropesgray.com | |
| David.Chun@ropesgray.com | Attorneys for Defendants Bluehole Studio, Inc., and En Masse Entertainment, Inc |

Peter M. Brody
One Metro Center
700 12th St.
Washington, DC 20005
Telephone: (202) 508-4600
Facsimile: (202) 508-4650
Peter.Brody@ropesgray.com

Attorneys for Plaintiffs NCsoft Corporation
and NC Interactive, Inc.